64 A.3d 567

IN THE MATTER OF JEFFREY M. GOEKE, AN ATTORNEY
AT LAW (ATTORNEY NO. 004771996).

April 29, 2013.

## ORDER

**JEFFREY M. GOEKE,** formerly of **MANALAPAN,** who was admitted to the bar of this State in 1996, and who has been temporarily suspended from the practice of law since March 20, 2013, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **JEFFREY M. GOEKE** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.